Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEEELY PAINTING AND DECORATING, INC., a California Corporation; and JUANA A. BARAJAS, an individual,<br><br>Defendants. | Case No. 24-cv-03814-PHK<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiffs voluntarily **consent** to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 27, 2024                                          SALTZMAN & JOHNSON LAW CORPORATION

                                                        By:  _____/S/_____
                                                             Matthew P. Minser
                                                             Luz E. Mendoza
                                                             Attorneys for Plaintiffs, District Council 16 Northern
                                                             California Health and Welfare Trust Fund, et al.

1

CONSENT TO MAGISTRATE JUDGE JURISDICTION
Case No. 4:24-cv-03814-PHK       \\SJLAW-FILES\Public\CLIENTS\PATCL\Geeely Painting & Decorating, Inc\Pleadings\Word Versions + Fillable .PDFs\Consent 062724.docx