Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
E-mail: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEEELY PAINTING AND DECORATING, INC., a California Corporation; and JUANA A. BARAJAS, an individual, <br><br> Defendants. | Case No. 3:24-cv-03814-PHK <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).

(2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

///

///

///

///

1

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 5, 2024

By: _____/S/_____
Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

Dated: September 5, 2024

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Luz E. Mendoza
Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

☒ not applicable. Defendants have not appeared

Dated: September 5, 2024         SALTZMAN & JOHNSON
                                 LAW CORPORATION

                          By:  _____/S/_____
                                 Matthew P. Minser
                                 Luz E. Mendoza
                                 Attorneys for Plaintiffs, District Council 16 Northern California
                                 Health and Welfare Trust Fund, et al.