Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
E-mail: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEEELY PAINTING AND DECORATING, INC., a California Corporation; and JUANA A. BARAJAS, an individual, <br><br> Defendants. | Case No. 3:24-cv-03814-PHK <br><br> **REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF LUZ E. MENDOZA IN SUPPORT THEREOF** |

TO THE CLERK:   Please enter the default of Defendants Geeely Painting and Decorating, Inc., a California Corporation, and Juana A. Barajas, an individual, (collectively "Defendants") in the above-entitled action. This request is based on the fact that Defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1.   As the Court's records will reflect, Plaintiffs filed a Complaint in this matter on June 26, 2024 against Defendants Geeely Painting and Decorating, Inc., a California Corporation, and Juana A. Barajas, an individual, (collectively "Defendants") for failure to comply with an audit of its payroll

1

1 records for the period of June 1, 2019 through the present. (Dkt. No. 1.)

2. Plaintiffs' process server served the Defendant corporation by personal service via the designated Agent for Service of Process, Juana Barajas (as indicated on the California Secretary of State website), on July 11, 2024. Plaintiffs' process server also served the individual Defendant Juana Barajas on July 11, 2024. Plaintiffs filed Proofs of Service of Summons with this Court on July 11, 2024. (Dkt. Nos. 9-10.)

3. Defendants' deadline to respond to the Complaint was August 1, 2024. No response has been filed to date.

4. Therefore, Plaintiffs respectfully request that default be entered against Defendants Geeely Painting and Decorating, Inc. and Juana A. Barajas in this action.

I declare under penalty of perjury that the foregoing is true and correct and that if called upon to testify, I could and would competently testify thereto.

Dated: December 27, 2024        SALTZMAN & JOHNSON
                                LAW CORPORATION

                          By:        /S/
                                Luz E. Mendoza
                                Attorneys for District Council 16
                                Northern California Health and Welfare Trust Fund, et al.

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF LUZ E. MENDOZA IN SUPPORT THEREOF**
Case No. 3:24-cv-03814-PHK