

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

December 30, 2024

RE: 3:24-cv-03814-PHK  District Council 16 Northern California Health and v. Geeely Painting and Decorating, Inc.

Default is entered as to Geeely Painting and Decorating, Inc., a California Corporation, and Juana A. Barajas, an individual on December 30, 2024.

Mark B. Busby, Clerk of Court

by: Diane Miyashiro
Case Systems Administrator