1  Matthew P. Minser, Esq. (SBN 296344)
   Luz E. Mendoza, Esq. (SBN 303387)
2  SALTZMAN & JOHNSON LAW CORPORATION
3  5100-B1 Clayton Road, Suite 373
   Concord, CA 94521
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: lmendoza@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16
7  Northern California Health and Welfare Trust Fund, et al.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 DISTRICT COUNCIL 16 NORTHERN            Case No. 3:24-cv-03814-PHK
   CALIFORNIA HEALTH AND WELFARE
12 TRUST FUND, et al.,                     **PROOF OF SERVICE**
13
          Plaintiffs,
14
      v.
15
   GEEELY PAINTING AND DECORATING, INC.,
16 a California Corporation; and JUANA A.
   BARAJAS, an individual,
17
          Defendants.
18

19
   I, the undersigned, declare:
20
       1.    I am a citizen of the United States and am employed in the County of Contra Costa, State
21
   of California. My business address is 5100-B1 Clayton Road, Suite 373, Concord, California 94521.
22
       2.    I am over the age of eighteen and not a party to this action.
23
       3.    On **January 2, 2024**, I served the following document(s):
24
   **ENTRY OF DEFAULT as to defendants Geeely Painting and Decorating, Inc. and Juana A.
25                                 Barajas (Dkt. No. 19)**

26 on the interested parties in said action by enclosing a true and exact copy of each document in an

27 envelope and depositing the sealed envelope with the United States Postal Service in a sealed envelope

28

                                              1

with first class postage fully prepaid.

    4.    The envelope was addressed and mailed as follows:

**GEEELY PAINTING AND DECORATING, INC.**
**c/o Juana A. Barajas**
**10966 San Leandro Street**
**Oakland, CA 94603**

and

**JUANA A. BARAJAS**
**10966 San Leandro Street**
**Oakland, CA 94603**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **January 2, 2024,** at Fairfield, California.

/S/
Jamila Colbert
Paralegal